IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIAM BRYAN DOTSON**   **PLAINTIFF**

**V.**   **CIVIL ACTION NO.4:20-CV-169-DAS**

**KILOLO KIJAZAI, ACTING COMMISSIONER OF
THE SOCIAL SECURITY ADMINISTRATION**   **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court on the plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding an application for Social Security Disability and/or Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced set forth in its memorandum opinion, the court finds that the decision of the Commissioner of Social Security should be reversed and remanded for further proceedings as set forth in the Memorandum Opinion.

**SO ORDERED AND ADJUDGED** this the 19th day of January, 2022.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**